UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WOODMORE,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES D. HARTLEY, Warden,<br><br>    Respondent. | NO. CV 11-5668-GW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.[1]

---

[1] Petitioner states he owns a beige and burgundy Oldsmobile. (Objections at 4.) He states that Adams, the person Petitioner alleges ordered Reed's murder, drives or owns a red and white Oldsmobile. (*Id.*) However, investigation reports did not say that Adams gave a "Mexican" the car keys to a red and white Oldsmobile. (Petition, Exhibits at 1.) In addition, based on witness accounts, the evidence that Meraz was the shooter was very strong. Petitioner does not directly challenge that the shooter was Meraz, who is not alleged to have been part of Adams' alleged plan. Nor does Petitioner dispute that Meraz was in

1     Petitioner's objections are without merit.

2     IT IS ORDERED that Judgment be entered denying the Petition and
3 dismissing this action with prejudice. Petitioner's "Ex Parte Request for Order to
4 Show Cause as to Merits of §2254 Habeas Petition" (Dkt. No. 7) is DENIED as
5 moot.

7 DATED: December 2, 2011

                                                              GEORGE H. WU
                                         United States District Judge

---

28 Petitioner's car at the hospital.

2