# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WOODMORE,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES D. HARTLEY, Warden,<br><br>    Respondent. | No. CV 11-5668-GW (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: December 2, 2011

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE